IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNIVERSITY OF WISCONSIN HOSPITALS AND CLINICS AUTHORITY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case No.  15-cv-412-bbc |
| v. | |
| COSTCO EMPLOYEE BENEFITS PROGRAM, | |
| Defendant. | |

 

This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

 

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Costco Employee Benefits Program and dismissing this case.


s/V. Olmo, Deputy Clerk                             12/23/2015    
Peter Oppeneer, Clerk of Court                     Date